UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gene Tanney,

    Plaintiff(s),

vs                                            Case No: 04-71260
                                            Honorable Victoria A. Roberts

Kandis Boles,

    Defendant(s),

_____/

**ORDER OF DISMISSAL**

    The parties have advised the Court that they have amicably resolved their differences.  Accordingly,

    **IT IS ORDERED** that this case be dismissed.  This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

                                          /s/ Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: May 19, 2006
------------------------------------------------------------------------------------------

**CERTIFICATE OF MAILING**

I certify that a copy of this order was served upon Alicia Blumenfeld and Diane Smith on the above date by electronic filing.

                                          /s/ Linda Vertriest
                                          Deputy Clerk